IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MYMAIL, LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | Civil Action No. 2:17-cv-00256-JRG-RSP |
| § | |
| PANTECH CORPORATION, PANTECH § | |
| CO., LTD., and PANTECH WIRELESS, § | JURY TRIAL DEMANDED |
| INC. A/K/A PANTECH NORTH § | |
| AMERICA, § | |
| § | |
| Defendants. § | |

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal, the Court **ORDERS** that Plaintiff's claims against Defendants, Pantech Corporation, Pantech Co., Ltd., and Pantech Wireless, Inc. a/k/a Pantech North America are dismissed without prejudice.

**SIGNED this 21st day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE